# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DISTRICT

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br>    Plaintiff-in-Interpleader,<br>v.<br>YELENA VALENCIA, DONNA LISA VALENCIA, LINDA TERESA VALENCIA, ANTONIO ENRIQUE VALENCIA, ROBERTO MANUEL VALENCIA, GINA MARIA WILEMAN, MARIA RITA VALENCIA, and JEANNE MARIE VALENCIA,<br>    Defendants-in-Interpleader. | Case No. CV 19-4108 PA (SKx)<br><br>**ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Based upon Plaintiff's Notice of Dismissal, and for good cause, this Court hereby orders the above-captioned action dismissed *with prejudice,* with each party to bear their own costs and fees except as otherwise stipulated in the Confidential Settlement Agreement and Release of All Claims.

IT IS SO ORDERED.

Dated: July 23, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE